# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00695-CV

**Panda Sherman Power Intermediate Holdings I, LLC;
Panda Power Generation Infrastructure Fund, LLC, d/b/a Panda Power Funds; and
Panda Sherman Power Holdings, LLC, Appellants**

**v.**

**H. B. "Trip" Doggett; Warren Lasher; Bill Magness; and Kent Saathoff, Appellees**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-002944, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants have filed an unopposed motion to abate this appeal in the interest of judicial economy, explaining that two related proceedings are pending final disposition by the Supreme Court of Texas, which dispositions may reduce the number of issues in this appeal and guide the Court's analysis. The related proceedings are *In re Panda Power Infrastructure Fund, LLC*, No. 18-0792, and *Electric Reliability Council of Texas v. Panda Power Generation Infrastructure Fund, LLC*, No. 18-0781. Appellants ask that the Court abate this appeal until at least the end of the current Supreme Court term, June 30, 2020.

We grant appellants' motion and abate this appeal. We direct appellants to file a status report on or before June 30, 2020. The appeal will remain abated until further order of this Court. All appellate deadlines will be tolled during the period of abatement.

Before Chief Justice Rose, Justices Baker and Triana

Abated

Filed:   March 3, 2020